WILSON v. TRAYNHAM

No. 594P84.

Case below: 70 N.C. App. 497.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 February 1985.